IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARON M. PRESTLEY, SR.,

    Plaintiff,                    No. CIV S-11-0062 GGH P

    vs.

JEFFREY S. WHITE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action.[1][2]

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

---

[1] "In the limited settings where *Bivens* does apply, the implied cause of action is the 'federal analog to suits brought against state officials under...42 U.S.C. § 1983.'" <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937, 1948 (2009). <u>See also</u>, <u>Bivens v. Six Unknown Fed. Narcotics Agents</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971).

[2] The court notes that plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

1

1  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

2          In this case, none of the defendants reside in this district.  The claim arose in San

3  Francisco County, which is in the Northern District of California.  Therefore, plaintiff's claim

4  should have been filed in the United States District Court for the Northern District of California.

5  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

6  correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

7  1974).

8          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

9  United States District Court for the Northern District of California.

10  DATED: January 19, 2011

11

12                                               /s/ Gregory G. Hollows
                                                 _____
13                                               GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

14  GGH:009/mp
    pres0062.21
15

16

17

18

19

20

21

22

23

24

25

26