```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
```

LARON M. PRESTLEY, SR.,

    Plaintiff,

  vs.

JUDGE JEFFREY S. WHITE, D.A. PETE AXELROD, P.O. DANIEL ZURITA, and Attorney SUEANNE LUBAN,

    Defendants.

No. C 11-0312 PJH (PR)

**ORDER EXTENDING TIME TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION**

    This is a civil rights case that originally was filed in the United States District Court for the Eastern District of California. Because the claims arose in San Francisco, which is in this district, the Eastern District court transferred it here.

    Plaintiff had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP") at the time the case was transferred. The clerk sent him a notice to that effect and told him that the case would be dismissed unless he did one or the other within thirty days. The clerk included a form for applying for IFP status and a prepaid envelope with the notice.

    Plaintiff has filed an IFP application. Page five of the IFP application, the certificate of funds in prisoners's account, is not completed. It appears that petitioner now is housed at a halfway house, and it may be that this halfway house does not maintain a trust account for those housed there, but the court has received complaints and habeas petitions from litigants at halfway houses who were able to provide the certificate and the required printout of six months of transactions in an inmate account. If the halfway house does not maintain an inmate trust account for him, plaintiff should simply say so.

1    The application is not sufficient to establish that plaintiff is entitled to proceed IFP.
2 He will be afforded one last chance to remedy the deficiency.  Plaintiff is **GRANTED** thirty
3 days from the date this order is entered to file another, complete, application for leave to
4 proceed IFP.  If he is unable to provide the signed certificate (page five) or the printout of
5 funds, he must explain why not.  If a satisfactory application is not filed within thirty days, or
6 the filing fee of $350 paid, this case will be dismissed.

7    **IT IS SO ORDERED.**
8 Dated:  July 5, 2011.
                                                               PHYLLIS J. HAMILTON
9                                                              United States District Judge

28 P:\PRO-SE\PJH\CR.11\PRESTLEY0312.EXT-IFP.wpd