UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARON M. PRESTLEY, SR., <br><br>    Plaintiff, <br><br>  vs. <br><br>JUDGE JEFFREY S. WHITE, D.A. PETE AXELROD, P.O. DANIEL ZURITA, and Attorney SUEANNE LUBAN, <br><br>    Defendants. <br>_____/ | No. C 11-0312 PJH (PR) <br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the post office as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 11, 2011.

                PHYLLIS J. HAMILTON
                United States District Judge

P:\PRO-SE\PJH\CR.11\PRESTLEY0312.DSM.wpd